**THIGPEN v. NGO**

[355 N.C. 207 (2002)]

*North Carolina Association of County Commissioners, by James B. Blackburn, III, General Counsel, amicus curiae.*

———————————

KENDRA J. THIGPEN v. CORAZON NGO, M.D., MARSHALL B. FRINK., M.D., NATIONAL EMERGENCY SERVICES, INC., EMERGENCY PHYSICIANS ASSOCI-ATION, INC., CP/NATIONAL, INC. A/K/A COMMUNITY PHYSICIANS/NATIONAL, INC., AND ONSLOW COUNTY HOSPITAL AUTHORITY

No. 332A01

(Filed 1 February 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 143 N.C. App. 223, 552 S.E.2d 641 (2001), reversing summary judgment entered 6 December 1999 by Hockenbury, J., in Superior Court, Onslow County. On 19 July 2001, the Supreme Court granted defendants Frink; National Emergency Services, Inc.; and CP/National, Inc.'s petition for discretionary review of additional issues. Heard in the Supreme Court 13 November 2001.

*Jimmy F. Gaylor for plaintiff-appellee.*

*Patterson, Dilthey, Clay & Bryson, L.L.P., by Christopher J. Derrenbacher, for defendant-appellants Marshall B. Frink, M.D.; National Emergency Services, Inc.; and CP/National, Inc., a/k/a Community Physicians/National, Inc.*

PER CURIAM.

Pursuant to this Court's opinion in *Thigpen v. Ngo*, 355 N.C. 198, 558 S.E.2d 162 (2002), the decision of the Court of Appeals is

reversed in part and discretionary review was improvidently allowed in part.

REVERSED IN PART AND DISCRETIONARY REVIEW IMPROVI-DENTLY ALLOWED IN PART.